**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-23904-ERW |
| | § | |
| ELLEN M STEFANSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $656.74 | Assets Exempt: | $24,399.67 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,917.47 | Claims Discharged Without Payment: | $20,580.10 |
| Total Expenses of Administration: | $682.53 | | |

     3)    Total gross receipts of $2,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $682.53 | $682.53 | $682.53 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $22,717.47 | $5,144.72 | $5,144.72 | $1,917.47 |
| **Total Disbursements** | $22,717.47 | $5,827.25 | $5,827.25 | $2,600.00 |

4). This case was originally filed under chapter 7 on 06/10/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2014       By:  /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Vehicle 2010 Chevy Cobalt LS with 20,700 miles | 1129-000 | $2,600.00 |
| **TOTAL GROSS RECEIPTS** | | $2,600.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $650.00 | $650.00 | $650.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.80 | $16.80 | $16.80 |
| Green Bank | 2600-000 | NA | $15.73 | $15.73 | $15.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $682.53 | $682.53 | $682.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $3,343.26 | $3,343.36 | $3,343.36 | $1,246.10 |
| 2 | First National Bank of Omaha | 7100-000 | $1,644.07 | $1,444.07 | $1,444.07 | $538.21 |
| 3 | First National Bank of Omaha | 7100-000 | $377.29 | $357.29 | $357.29 | $133.16 |
| | Bank of America | 7100-000 | $5,379.62 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Capital Management Services | 7100-000 | $3,566.24 | $0.00 | $0.00 | $0.00 |
|  | Meyer & Nyus, P.A. | 7100-000 | $8,406.99 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,717.47 | $5,144.72 | $5,144.72 | $1,917.47 |

**UST Form 101-7-TDR (10/1/2010)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-23904-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEFANSKI, ELLEN M | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| For the Period Ending: | 12/15/2014 | §341(a) Meeting Date: | 07/31/2013 |
| | | Claims Bar Date: | 11/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account # Bank of America Checking Account | $441.00 | $441.00 | | $0.00 | FA |
| 2 | Savings Account # Bank of America savings account | $65.74 | $65.74 | | $0.00 | FA |
| 3 | Misc HHG, furniture, etc. Older furniture | $150.00 | $150.00 | | $0.00 | FA |
| 4 | Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Retirement, Pension, 401k 401(k) | $1,450.00 | $0.00 | | $0.00 | FA |
| 6 | Retirement, Pension, 401k Illinois Municipal Retirement Fund | $9,000.00 | $0.00 | | $0.00 | FA |
| 7 | Vehicle 2010 Chevy Cobalt LS with 20,700 miles | $9,398.00 | $2,998.00 | | $2,600.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$20,604.74     $3,654.74     $2,600.00     $0.00

**Major Activities affecting case closing:**

| 06/13/2014 | TFR completed. |
|---|---|
| 09/11/2013 | Prepared motion to sell estate's interest for JTB review |
| 08/16/2013 | Debtor will pay $260,00 over 10 months beginning the end of September |
| 08/08/2013 | Non-Exempt equity of $2600.00; received offer to pay over 10 months. Awaiting response from Debtor's attorney on exact dates when payments can begin. |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2014 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-23904-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEFANSKI, ELLEN M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2419 | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/10/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | (7) | STEFANSKI, ELLEN M | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $260.00 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.05 | $259.95 |
| 10/30/2013 | (7) | ELLEN STEFANSKI | Estate's equity in 2010 Chevy Cobalt | 1129-000 | $260.00 | | $519.95 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.43 | $519.52 |
| 11/26/2013 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $779.52 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.87 | $778.65 |
| 12/30/2013 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $1,038.65 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.22 | $1,037.43 |
| 01/29/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $1,297.43 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.78 | $1,295.65 |
| 02/20/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $1,555.65 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,553.64 |
| 03/19/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $1,813.64 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.50 | $1,811.14 |
| 04/16/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $2,071.14 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.00 | $2,068.14 |
| 05/05/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $2,328.14 |
| 05/23/2014 | (7) | Ellen Stefanski | Payment for Equity in Vehicle. | 1129-000 | $260.00 | | $2,588.14 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.87 | $2,584.27 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $2,580.37 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.16 | $2,576.21 |
| 08/29/2014 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($8.06) | $2,584.27 |
| 08/29/2014 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($3.90) | $2,588.17 |
| 08/29/2014 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($4.16) | $2,592.33 |
| 08/29/2014 | | Green Bank | Bank fees were reversed twice for June and July | 2600-000 | | $8.06 | $2,584.27 |
| 09/04/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $650.00 | $1,934.27 |
| 09/04/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.80 | $1,917.47 |
| 09/04/2014 | 3003 | PYOD, LLC its successors and assigns as assignee | Claim #: 1; Amount Claimed: 3,343.36; Amount Allowed: 3,343.36; Distribution Dividend: 37.27; | 7100-000 | | $1,246.10 | $671.37 |
| 09/04/2014 | 3004 | First National Bank of Omaha | Claim #: 2; Amount Claimed: 1,444.07; Amount Allowed: 1,444.07; Distribution Dividend: 37.27; | 7100-000 | | $538.21 | $133.16 |
| 09/04/2014 | 3005 | First National Bank of Omaha | Claim #: 3; Amount Claimed: 357.29; Amount Allowed: 357.29; Distribution Dividend: 37.27; | 7100-000 | | $133.16 | $0.00 |
| | | | | **SUBTOTALS** | $2,600.00 | $2,600.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-23904-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | STEFANSKI, ELLEN M | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2419 | | **Checking Acct #:** | ******0401 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/10/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/15/2014 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $2,600.00 | $2,600.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,600.00 | $2,600.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,600.00 | $2,600.00 | |

| **For the period of 6/10/2013 to 12/15/2014** | | **For the entire history of the account between 09/26/2013 to 12/15/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,600.00 | Total Compensable Receipts: | $2,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.00 | Total Comp/Non Comp Receipts: | $2,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,600.00 | Total Compensable Disbursements: | $2,600.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.00 | Total Comp/Non Comp Disbursements: | $2,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-23904-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | STEFANSKI, ELLEN M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2419 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/10/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,600.00 | $2,600.00 | $0.00 |

**For the period of 6/10/2013 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/10/2013 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |